JOSEPH PLATTNER, Appellant, v. GEORGE GRIOT and HENRY FISCHER, Copartners, etc., Respondents.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

JULIUS PLOTZKY, Respondent, v. ELLEM REALTY CORPORATION and Others, Defendants. HERMAN KLEIN, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

WILLIAM PRIME, Appellant, v. WESTERN ELECTRIC Co., INC., Respondent.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

TILLIE RADER, Respondent, v. ANNIE BENJAMIN, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

ROSENWASSER BROS., INC., Appellant, v. AMERICAN TRUST COMPANY, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

JOHN SCHULTZ, Respondent, v. THE CENTRAL RAILROAD OF NEW JERSEY, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

SIDFORD & GREENE, INC., Respondent, v. WEHMEYER COAL Co., INC., Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

JOHN STEFANILE, Appellant, v. JACOB SCHWARTZ and MOLLIE SCHWARTZ and Others, Respondents.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

KATHERINE STOLPE, Respondent, v. STANLEY SERGEANT, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

FREDERICK C. VANDERPOOL, Appellant, v. SAMUEL GOLDBERG, Respondent. (Appeal No. 1.) — Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

FREDERICK C. VANDERPOOL, Appellant, v. SAMUEL GOLDBERG, Respondent. (Appeal No. 2.) — Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

SARAI C. WAUGH, Respondent, v. LESTER R. WAUGH, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

JOHN C. WHEMHOFER, Respondent, v. VINCENT W. WECZERICK and Another, Appellants.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

JOSEPH WICKES, Respondent, v. GAILLARD T. BOAG, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.